Robert L. Hyde, Esq. (SBN: 227183)
bob@westcoastlitigation.com
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
**Hyde & Swigart**
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

[Additional attorneys listed in the signature page]

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN LEMIEUX, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>FIRST USA, d/b/a CARDMEMBERS SERVICES; a/k/a FIRST USA BANK; a/k/a BANK ONE, DELAWARE, NATIONAL ASSOCIATION; a/k/a CARDMEMBER SERVICES INC.; a/k/a CARDMEMBER SERVICES CORPORATION,<br><br>　　　　　Defendant. | **Case Number:** 12-CV-2923-WQH-JMA<br><br>**PLAINTIFF'S NOTICE OF REQUEST FOR VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)**<br><br>**HON. WILLIAM Q. HAYES** |

Pursuant to F.R.C.P. 41(a), Plaintiff Kevin Lemieux hereby moves to dismiss this action without prejudice as to his individual claims and those of the class.

Dated: February 28, 2013              **HYDE & SWIGART**

                           /s/ Joshua B. Swigart
                            Joshua B. Swigart
                         Attorney for Defendant

**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Jason A. Abey, Esq. (SBN:284607)
jason@kazlg.com
2700 N. Main Street, Ste. 1000
Santa Ana, California 92705
Telephone: (800) 400-6808
Facsimile: (800) 520-5523
Attorneys for the Plaintiff